IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| REGINALD L. BASSA and REGINA BASSA, ) ) ) Plaintiffs, ) ) v. ) ) HY-VEE, INC. ) ) Defendant. ) | Case No. 11-0364-CV-W-HFS |

**MEMORANDUM TO COUNSEL**

Pursuant to the scheduling order entered on July 15, 2011, *inter alia*, the deadline to seek conditional class certification was December 12, 2011, and has now expired. Informal communication indicates that class certification will not be requested, and counsel intend to discuss scheduling issues in moving forward. In the event plaintiff anticipates requesting conditional class certification, a motion must be filed within ten days from the date of this order. If not, a Notice of Pretrial Procedures has been entered directing counsel to file a joint proposed scheduling order so that this case may proceed forward in the usual fashion.

It is SO ORDERED

                                                              /s/ Howard F. Sachs
                                                              HOWARD F. SACHS
                                                               UNITED STATES DISTRICT JUDGE

December  15 , 2011

Kansas City, Missouri